```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019
```

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BRIAN FISCHLER, individually on behalf of himself   :
and all other persons similarly situated,           :       Case No.:1:19-cv-09259-LGS
                                                    :
                    Plaintiffs,                     :
                                                    :       **STIPULATION OF**
         - against -                                :       **DISMISSAL WITH**
                                                    :       **PREJUDICE**
                                                    :
DAILY HARVEST, INC.,                                :
                                                    :
                    Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Date:  December 16, 2019

_____            _____
Douglas B. Lipsky, Esq.                    Joshua A. Stein, Esq.
Christopher H. Lowe, Esq.                  Shira M. Blank, Esq.
**LIPSKY LOWE LLP**                        **EPSTEIN, BECKER & GREEN, P.C.**
420 Lexington Avenue, Suite 1830           875 Third Avenue
New York, New York 10170                   New York, NY 10022
E-mail:  doug@lipskylowe.com               Email:  sblank@ebglaw.com
Phone:  (212) 392-4772                     Phone:  (212) 351-4694
*Attorneys for Plaintiff*                  *Attorneys for Defendant*


SO ORDERED:
                                                      Date: December 20, 2019
_____                  _____



_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

16